IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDALL LAMONT ROLLE,**

    Plaintiff,

vs.                                                CASE NO. 4:07CV167-RH/AK

**JAMES C. HANKINSON,**

    Defendants.

_____/

## O R D E R

Plaintiff has filed a number of motions: (1) Motion for Reconsideration of the Order denying his motion for recusal (doc. 17); (2) Motion for Declaratory Judgment (doc. 18); (3) Motion for the Court to issue arrest warrants for Defendants (doc. 20); and (4) Motion for the Court to Order Defendants to deposit $5,000,000.00 in a private account. (Doc. 21).

Plaintiff's Motion for Reconsideration (doc. 17) was treated as an Objection to the Magistrate Judge's order (doc. 16) and overruled by the district judge. (See Doc. 19). **Consequently, the Clerks Office is herein directed to terminate the motion (doc. 17) from the docket**.

All other motions (docs. 18, 20 and 21) are **DENIED** as frivolous.

**DONE AND ORDERED** this **10th** day of March, 2008.

                                  _s/ A. KORNBLUM_
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**