# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                  CASE NO.  4:07cv167-RH/AK

JAMES C. HANKINSON,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 23), and the objections thereto (document 25), as well as plaintiff's motion for a permanent injunction and objections to an earlier order of the magistrate judge.  I have reviewed de novo the issues raised by the objections to the report and recommendation and by the motion for permanent injunction.  I have reviewed the objections to the magistrate judge's earlier order in accordance with Federal Rule of Civil Procedure 72.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion

*Page 2 of 2*

of the court.  The clerk shall enter judgment stating, "This action is dismissed."

Plaintiff's motion for a permanent injunction (document 26) is DENIED.

Plaintiff's objections (document 25) to the magistrate judge's order of March 10, 2008 (document 22) are OVERRULED.  The clerk shall close the file.

     SO ORDERED this 21st day of March, 2008.

                                           <u>s/Robert L. Hinkle</u>
                                           Chief United States District Judge